

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-15-2003

# Montenegro v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1904

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Montenegro v. Atty Gen USA" (2003). *2003 Decisions.* Paper 272.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/272

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-1904

WERNER MONTENEGRO;
ALEIDA PEREZ,
Petitioners

v.

JOHN ASHCROFT,
Attorney General of the United States,
Respondent

On Petition for Review of an Order of the
Board of Immigration Appeals
(BIA Nos. A73 033 367 & A73 033 366)

Argued January 13, 2003
Before: SCIRICA, *Chief Judge\**, BARRY and SMITH, *Circuit Judges*

(Filed: May 16, 2003)

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the not precedential opinion in the above case,
filed May 16, 2003, be amended as follows:

Page 2, footnote 1, which read:
"This application also includes, derivatively, the application of
Montenegro's wife, Aleida Perez, and their son, Jose Montenegro."
shall read:
"This application also includes, derivatively, the application of
Montenegro's wife, Aleida Perez.

_____

*Judge Scirica began his term as Chief Judge on May 4, 2003.

Page 14, footnote 6, which read:

"Based on the testimony of Werner Montenegro and his son, Jose, and the corroborating evidence in the record, we find substantial evidence that Jose was exposed, both directly and indirectly, to the persecution noted here. We therefore direct the BIA to direct the IJ to grant Jose Montenegro's application for asylum."

shall read:

"During the course of these proceedings, Jose Montenegro has bypassed his 21st birthday and thus can no longer be considered derivatively to his father's application for asylum. Still, we urge the Attorney General to exercise his discretion to grant Jose Montenegro's separate application for asylum given the circumstances surrounding the application before us."

BY THE COURT,

/s/ Anthony J. Scirica
*Chief Judge*

DATED: September 15, 2003